

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2016

No. 04-15-00806-CR

Michael Wilfred **LAFLAMME,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CRW160-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The clerk's record in this appeal was filed on February 26, 2016, and the reporter's record was filed on April 13, 2016. Appellant's brief was originally due on May 13, 2016. The due date for appellant's brief has been extended twice, the latest until August 12, 2016. Appellant is represented on appeal by retained counsel, Ms. Angela Moore. In our July 28, 2016 order granting the second extension until August 12, 2016, we stated no further extensions of time would be granted.

On July 28, 2016, Ms. Moore filed a letter with this court requesting additional time based upon "additional facts not known" when she filed her second motion for an extension. According to Ms. Moore, she needs additional time to obtain a free copy of the record from the trial court and complete the briefing. We GRANT Ms. Moore's request for additional time in which to file appellant's brief.

Because the record in this appeal has been on file since February and April of 2016, Ms. Moore is hereby ORDERED to file appellant's brief <u>no later than August 22, 2016</u>. **No further extensions of time will be considered.**

If Ms. Moore does not file a brief by August 22, 2016, this cause will be abated for the trial court to conduct a hearing to determine whether: (1) appellant desires to prosecute his appeal; (2) appellant has made the necessary arrangements for filing a brief; and (3) counsel has abandoned the appeal. Because sanctions may be necessary, the trial court should make a finding as to whether current counsel abandoned the appeal even if new counsel is retained or substituted before the date of the hearing.

The clerk of this court shall cause a copy of this order to be served on Ms. Moore by certified mail, return receipt requested, and by regular United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court